NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000058
07-MAY-2014
08:06 AM

NO. CAAP-13-0000058

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SHIRLEY P. PICO, Claimant-Appellant,
vs.
KAPIOLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,
nka HAWAII PACIFIC HEALTH, Employer-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB-2012-347 (2-97-17026, 2-98-07372,
2-98-18608, 2-99-06041, 2-99-08760)

ORDER DENYING CLAIMANT-APPELLANT
SHIRLEY P. PICO'S MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Motion for Reconsideration" filed by Claimant-Appellant pro se on May 2, 2014, the papers in support, and the records and files in this case,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, May 7, 2014.

On the motion:

Shirley P. Pico
Claimant-Appellant
Pro Se

Presiding Judge

Associate Judge

Associate Judge